UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **Linda Knight** | ) | |
| | ) | **4:11-cv-00102-RBH** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **NCO Financial Systems,** | ) | |
| **Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the Plaintiff, Linda Knight, and Defendant, NCO Financial Systems, Inc., by and through their undersigned counsel, hereby jointly request this Court dismiss all claims with prejudice.

DONE this the 26th day of August, 2011.

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
Attorney for the Plaintiff

**OF COUNSEL**:
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

/s/ Christian E. Boesl
Christian E. Boesl, Fed ID No. 9289
cboesl@collinsandlacy.com
Robert F. Goings, Fed ID No. 9838
Rgoings@collinsandlacy.com
COLLINS & LACY, P.C.
1330 Lady Street, Sixth Floor (29201)
Post Office Box 12487
Columbia, SC 29211
(803) 256-2660
(803) 771-4484 Facsimile

/s/ Brian Roth
Brian Roth, Fed ID No. 22148
broth@sessions-law.biz
SESSIONS, FISHMAN, NATHAN & ISRAEL
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
(504) 828-3700
(504) 828-3737 Facsimile
Attorneys for Defendant